# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TDC Specialty Insurance Company,<br><br>                  Plaintiff(s),<br><br>vs.<br><br>Clemente Monarrez, *et al*.,<br><br>                  Defendant(s). | **2:24-cv-00508-MDC**<br><br>**ORDER SETTING HEARING** |

The parties shall appear for an in-person hearing on August 9, 2024, at 10:00am in Courtroom 3B on the *Motion to Dismiss* (ECF No. 16).

IT IS SO ORDERED.

Dated this 9th day of July 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge