Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Justin S. Hepworth (NV Bar No. 10080)
justin.hepworth@clydeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900

*Attorneys for Plaintiff*
*TDC Specialty Insurance Company*

**UNITIED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TDC SPECIALTY INSURANCE COMPANY a District of Columbia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLEMENTE MONARREZ, Individually, and as Special Administrator of the ESTATE OF MARTIN MONARREZ, deceased; LUCIA MONARREZ DE HERRERA, Does 1-20 and Roe Corporations 1-20, inclusive,<br><br>Defendants. | CASE NO.:  2:24-cv-00508-MDC<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiff TDC Specialty Insurance Company hereby substitutes Amy M. Samberg and Justin S. Hepworth of Clyde & Co US LLP, 7251 W. Lake Mead Blvd., Suite 430, Las Vegas NV 89128, Telephone: 725-248-2900, as attorney of record in place and stead of S. Brent Vogel, Ethan M. Featherstone, and Jennifer A. Taylor of Lewis Brisbois Bisgaard & Smith, LLP.

Dated:  __July 11__, 2024        TDC SPECIALTY INSURANCE COMPANY

By:  /s/ *Julie McDonald*
     Julie McDonald, Vice President
     TDC Specialty Underwriters, Inc.,
     representative of TDC Specialty Insurance Company

- 1 -

1  I consent to the above substitution.

3  Dated: July 12, 2024    LEWIS BRISBOIS BISGAARD & SMITH, LLP

5  By: /s/ Ethan M. Featherstone
S. Brent Vogel
Nevada Bar No. 006858
Brent.Vogel@lewisbrisbois.com
Ethan M. Featherstone
Nevada Bar No. 11566
Ethan.Featherstone@lewisbrisbois.com
Jennifer A. Taylor
Nevada Bar No. 6141
Jennifer.A.Taylor@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

12  I am duly admitted to practice in this District.

13  Above substitution accepted.

14  Dated: July 12, 2024    CLYDE & CO US LLP

By: /s/ Justin S. Hepworth
Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Justin S. Hepworth (NV Bar No. 10080)
justin.hepworth@clydeco.us
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900

22  Please check one:  XX  RETAINED, or ____ APPOINTED BY THE COURT

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 7/29/2024