ALISON BRASIER, ESQ.
Nevada Bar No. 10522
**HICKS & BRASIER, PLLC**
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 628-9888
Fax: (702) 960-4118
E-Mail: ABrasier@lvattorneys.com
*Attorneys for Monarrez Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TDC SPECIAL INSURANCE COMPANY, a District of Columbia Corporation.<br><br>Plaintiff<br><br>v.<br><br>CLEMENTE MONARREZ, Individually, and as Special Administrator of the ESTATE OF MARTIN MONARREZ, deceased; LUCIA MONARREZ DE HERRERA, PREFERRED CARE WEST II, INC. D/B/A MISSION PINES NURSING AND REHABILITATION CENTER; FACILITY IMS, LLC, Does 1-20 and Roe Corporations 1-20, Inc.<br><br>Defendant(s) | Case No. : 2:24-CV-00508-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO STAY DISCOVERY** |

Plaintiff TDC SPECIAL INSURANCE COMPANY, by and through its attorney, JUSTIN HEPWORTH, ESQ., and Defendants CLEMENTE MONARREZ, Individually, and as Special Administrator of the ESTATE OF MARTIN MONARREZ, deceased; LUCIA MONARREZ DE HERRERA (collectively "Monarrez Defendants"), by and through their attorney, ALISON BRASIER, ESQ., hereby stipulate and request an Order staying discovery in this matter pending resolution of TDC SPECIALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT (ECF No. 51).

1

On September 11, 2024, Plaintiff filed its Second Amended Complaint (ECF No. 32) adding PREFERRED CARE WEST II, INC. D/B/A MISSION PINES NURSING AND REHABILITATION CENTER and FACILITY IMS as defendants in this matter.

On September 25, 2024, the Monarrez Defendants filed their Answer to Plaintiff's Second Amended Complaint (ECF No. 37).

On November 12, 2024, Default was entered against Defendant PREFERRED CARE WEST II, INC. D/B/A MISSION PINES NURSING AND REHABILITATION CENTER (ECF No. 40).

On November 26, 2024, Suggestion of Bankruptcy and Notice of Automatic Stay was filed on behalf of Defendant FACILITY IMS (ECF No. 41).

On March 4, 2025, Notice of Order Granting Motion for Relief from Bankruptcy Stay (ECF No. 43) was filed, allowing the above-captioned declaratory relief action to proceed against Defendant FACILITY IMS.

On March 6, 2025, this Court entered an Order lifting the stay of this declaratory relief action (ECF No. 44)

On March 26, 2025, the Court granted the parties' Proposed Amended Discovery Plan and Scheduling Order (ECF No. 47), establishing October 2, 2025 as the deadline for disclosure of initial experts; November 1, 2025 as the deadline for rebuttal experts, and December 1, 2025 as the close of discovery.

In light of the time that the bankruptcy stay was in place in this case, Defendant FACILTY IMS had until April 12, 2025 to file an answer or responsive pleading to Plaintiff's Second Amended Complaint.

On May 20, 2025, Default was entered against Defendant FACILTY IMS (ECF No. 50).

On July 9, 2025, Plaintiff filed TDC SPECIALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT (ECF No. 51).

On July 9, 2025, Plaintiff filed TDC SPECIALTY INSUARNCE COMPANY'S APPLICATION FOR ETNRY OF DEFAULT JUDGMENT AGAINST DEFENDANT

2

PREFERRED CARE WEST II, INC. D/B/A MISSION PINES NURSING AND REHABILITATION CENTER AND DEFENDANT FACILITY IMS, LLC (ECF No. 52).

On July 30, 2025, the Monarrez Defendants filed OPPOSITION OF DEFENDANTS CLEMENTE MONARREZ, AND LUCIA MONARREZ DE HERRERA TO PLAINTIFF TDC SPECIALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT (ECF No. 53).

On August 11, 2025, Plaintiff filed TDC SPECIALTY INSURANCE COMPANY'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ECF No. 54).

The instant case is a declaratory relief action filed by Plaintiff for determination of whether it must provide insurance coverage for personal injury claims that the Monarrez Defendants have brought against Defendant PREFERRED CARE WEST II, INC. D/B/A MISSION PINES NURSING AND REHABILITATION CENTER and Defendant FACILITY IMS, LLC in a separate state court action.

Both Defendant PREFERRED CARE WEST II, INC. D/B/A MISSION PINES NURSING AND REHABILITATION CENTER and Defendant FACILITY IMS, LLC have filed for bankruptcy relief.

Plaintiff's Motion for Summary Judgment (ECF No. 51), if granted, would be dispositive of the entire case.

The parties agree that Plaintiff's Motion for Summary Judgment can be decided without additional discovery, unless otherwise determined by this Court.

Plaintiff's Motion for Summary Judgment is fully briefed and pending decision by this Court.

The parties agree that no prejudice will result by granting the stipulation to stay discovery at this juncture. In order to avoid the hardship and expense the parties would suffer were this case to continue with discovery pending decision on Plaintiff's Motion for Summary Judgment, the parties agree and stipulate to stay discovery this action pending the Court's decision on Plaintiff's Motion for Summary Judgment (ECF No. 51).

Staying the discovery in this matter will prevent unnecessary costs and resources from being expended on discovery, including expert costs, that will be needed if the case were to move forward while this Motion is pending.  It will almost certainly result in efficiencies in time, resources, and money for both the parties and the Court, pending the Court's decision.

This request for stay is not brought in bad faith or for the purposes of delay.

In the even that the Motion for Summary Judgment (ECF No. 51) is denied, the parties agree to meet and confer no later than 14 days after the Court enters its Order and that an amended discovery plan will be submitted no later than 30 days after the Court enters its Order.

IT IS HEREBY STIUPLATE by and between the parties as follows:

THAT discovery shall be stayed pending decision on Plaintiff's Motion for Summary Judgment (ECF No. 51).

THAT upon the Court's Order resolving Plaintiff's Motion for Summary Judgment (ECF No. 51), if the Motion is denied, the parties shall meet and confer no later than 14 days after the Court enters its Order and that an amended discovery plan will be submitted no later than 30 days after the Court enters its Order.

DATED this 21st day of August 2025.          DATED this 21st day of August 2025.

**HICKS & BRASIER, PLLC**                     **CLYDE & CO US LLP**


*/s/  Alison Brasier*                          */s/ Justin Hepworth*
ALISON BRASIER, ESQ.                          JUSTIN S. HEPWORTH, ESQ
Nevada Bar No. 10522                          Nevada Bar No. 10080
2630 S. Jones Blvd.                           7251 W. Lake Mead Blvd., Ste. 430
Las Vegas, Nevada 89146                       Las Vegas, NV 89128
*Attorneys for Monarrez Defendants*           *Attorneys for Plaintiff*

4

## **<u>ORDER</u>**

Based on the stipulation of the Parties, the totality of the circumstances before the Court and with good cause shown, IT IS SO ORDERED.

The Court finds the parties have shown good
cause to stay discovery

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: August, 28, 2025

5