Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Justin S. Hepworth (NV Bar No. 10080)
justin.hepworth@clydeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900

*Attorneys for Plaintiff*
*TDC Specialty Insurance Company*

# UNITIED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| TDC SPECIALTY INSURANCE COMPANY a District of Columbia Corporation, | CASE NO.:  2:24-cv-00508-JAD-MDC |
|---|---|
| Plaintiff, | **STIPULATION REGARDING SETTLEMENT** |
| v. | |
| CLEMENTE MONARREZ, Individually, and as Special Administrator of the ESTATE OF MARTIN MONARREZ, deceased; LUCIA MONARREZ DE HERRERA; PREFERRED CARE WEST II, INC. D/B/A MISSION PINES NURSING AND REHABILITATION CENTER; FACILITY IMS, LLC; Does 1-20 and Roe Corporations 1-20, inclusive, | |
| Defendants. | |

Plaintiff TDC Specialty Insurance Company and Defendants Clemente Monarrez, (individually and as Special Administrator of the Estate of Martin Monarrez) and Lucia Monarrez De Herrera (individually) hereby provide the Court with an update regarding the settlement process. The parties have negotiated a formal release that was executed last week. TDC Specialty Insurance Company is in the process of issuing the check after which the parties anticipate being able to file formal dismissal paperwork with the Court.

/ / /

/ / /

- 1 -

The parties request the Court provide an additional 30 days to finalize the settlement and file dismissal paperwork.

Dated: February 3, 2026

CLYDE & CO US LLP

By: /s/ Justin S. Hepworth
Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Justin S. Hepworth (NV Bar No. 10080)
justin.hepworth@clydeco.us
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900

*Attorneys for Plaintiff*
*TDC Specialty Insurance Company*

HICKS & BRASIER, PLLC

By: /s/ Alison Brasier
Alison Brasier (NV Bar No. 10522)
2630 South Jones Boulevard
Las Vegas, Nevada 89146
*Attorneys for Defendants*
*Clemente Monarrez, Individually, and as*
*Special Administrator of the Estate of Martin*
*Monarrez, deceased, and Lucia Monarrez De*
*Herrera*

## ORDER

IT IS SO ORDERED.


DATED: February 4, 2026

**IT IS FURTHER ORDERED** that the parties shall file dismissal papers by **March 6, 2026**.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128