Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Justin S. Hepworth (NV Bar No. 10080)
justin.hepworth@clydeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900

*Attorneys for Plaintiff*
*TDC Specialty Insurance Company*

# UNITIED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| TDC SPECIALTY INSURANCE COMPANY a District of Columbia Corporation, | CASE NO.:  2:24-cv-00508-JAD-MDC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CLEMENTE MONARREZ, Individually, and as Special Administrator of the ESTATE OF MARTIN MONARREZ, deceased; LUCIA MONARREZ DE HERRERA; PREFERRED CARE WEST II, INC. D/B/A MISSION PINES NURSING AND REHABILITATION CENTER; FACILITY IMS, LLC; Does 1-20 and Roe Corporations 1-20, inclusive, | [ECF No. 69] |
| Defendants. | |

///

///

///

///

- 1 -

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

It is so stipulated this 10th day of February 2026.

| CLYDE & CO US LLP | HICKS & BRASIER, PLLC |
|---|---|
| By: /s/ Justin S. Hepworth | By: /s/ Alison Brasier |
| Amy M. Samberg (NV Bar No. 10212) | Alison Brasier (NV Bar No. 10522) |
| Justin S. Hepworth (NV Bar No. 10080) | 2630 South Jones Boulevard |
| 7251 West Lake Mead Boulevard, Suite 430 | Las Vegas, Nevada 89146 |
| Las Vegas, Nevada 89128 | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | *Clemente Monarrez, Individually, and as* |
| *TDC Specialty Insurance Company* | *Special Administrator of the Estate of Martin* |
| | *Monarrez, deceased, and Lucia Monarrez De* |
| | *Herrera* |

## ORDER

Based on the parties' stipulation and with good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT JUDGE

DATED this 12th day of February, 2026

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128